

FILED

12/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0454

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 20-0454

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | ORDER GRANTING |
| | ) | UNOPPOSED MOTION FOR |
| Plaintiff and Appellee, | ) | EXTENSION OF TIME |
| v. | ) | TO FILE APPELLANT'S |
| | ) | INITIAL BRIEF |
| GEORGE CARLON, | ) | |
| | ) | FILED |
| Defendant and Appellant. | ) | |
| | ) | DEC 2 3 2020 |

Bowen Greenwood
Clerk of Supreme Court
State of Montana

At the request of Defendant / Appellant, this Court hereby extends the filing date of Defendant's / Appellant's *Initial Brief* to Friday, February 26, 2021.

So ordered this 23rd day of December, 2020.

_____
Montana Supreme Court

cc:    Attorney General
       Defendant / Appellant c/o Counsel